# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 16-8449 MJ |
| Vicente Romero | ) |
| USC | ) |
| *Defendant* | ) |

DOA 11-8-16

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### Count 1:

On or about November 8, 2016, at or near Maricopa, in the County of Pinal, in the District of Arizona, Vicente Romero, knowing and with reckless disregard of the fact that certain aliens, Sebastian Zuluaga-Patricio, Ulices Sanchez-Sanchez, Alfonso Ramirez-Juarez, Jose Luis Garcia-Lopez, and Rodolfo Verdugo-Palacios had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Abbie Marsh for AUSA Sheila Phillips

Signature of Complainant
Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, November 9, 2016, at Phoenix, Arizona.

Signature of Judicial Officer
Honorable John Z. Boyle
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On November 8, 2016, Border Patrol Agent (BPA) Adnane Benchekroun, was performing his assigned duties on the West Desert Task Force (WDTF) on Interstate 8 (I-8) just south of the city of Maricopa, Arizona. The West Desert Task Force is a multi-agency task force comprised of Border Patrol Agents from the Casa Grande and Ajo Border Patrol Stations, Homeland Security Investigators (HSI), and Pinal County Sheriff's (PCSO) Deputies. At approximately 3:00 P.M., Agent Benchekroun received information via Tucson Sector Radio (860) that the Department of Public Safety received a citizen's report of many people getting into a white GMC pickup truck, and the vehicle had been last seen driving eastbound from mile marker 156. Agent Benchekroun was later notified via radio that the vehicle was traveling on State Route (SR)-84. Agent Benchekroun drove eastbound on SR-84 until reaching the intersection of SR-84 and SR-347. Agent Benchekroun observed a vehicle matching the description of the vehicle put out by 860 over the radio turning northbound onto highway 347 towards the town of Maricopa.

3. Agent Benchekroun drove behind the vehicle in order to get the license plate number of the truck, and immediately observed the nervous and evasive driving behavior of the driver. Agent Benchekroun stated the vehicle would change lanes every time he pulled behind the vehicle. Agent Benchekroun vehicle performed this maneuver approximately four times. Agent Benchekroun requested record checks of the temporary registration that was on the pickup truck through Tucson Sector Radio. Agent Benchekroun was advised by Tucson Sector Radio that the vehicle that was registered to a Jose Perez with an address out of Phoenix and that the registration record was pseudo. Pseudo registration is a common tactic used by Drug Trafficking Organizations (DTO's). The DTO's register vehicles to fictitious people with fictitious addresses, in order to evade law enforcement. While Agent Benchekroun was driving behind the vehicle, he observed multiple occupants in the rear seat of the truck; the occupants kept looking back towards Agent Benchekroun. Agent Benchekroun stated that while he was behind the vehicle, the vehicle was swerving back and forth. At approximately 3:30 P.M., Agent Benchekroun activated his emergency equipment at approximately mile marker 164 on SR-347. The vehicle came to a complete stop immediately thereafter. Once the vehicle came to a complete stop, the driver, and approximately eight (8) people exited the vehicle and began to run from the vehicle. A foot pursuit ensued with the driver, later identified as Vicente Romero Jr. (Romero). Agent Benchekroun maintained visual of the driver from the time Romero exited the vehicle and until when Pinal County Sheriff's Office (PCSO) Deputy was able to get

ahead of Romero and apprehend him. With the assistance of other Agents and PCSO deputies, a total of five (5) Undocumented Aliens (UDAs) were apprehended from the 8 that ran from the vehicle. The UDAs were later identified as Miguel Angel Dejesus-Hernandez, Ulices Sanchez-Sanchez, Jesus Guadalupe Figueroa-Juarez, Jose Luis Garcia-Lopez, and Rodolfo Verdugo-Palacios.

4. During the foot pursuit, Agent Benchekroun deployed his Taser at Romero, the Taser was not effective as Romero was only struck by one prong from the Taser. After Romero was apprehended, Romero was complaining of pain in his back from when he scrapped it on the barbed wire fence as he jumped the fence in an attempt to abscond. Romero requested medical attention for his injury. While waiting for an EMT to respond, Romero overheard Agent Benchekroun and another Agent talking about how many UDAs were apprehended. During the Agent's conversation, Romero stated, "You only got 5? Cause I picked up 8. There were 2 laying in the back of the truck. Did you get them too?"

5. A search incident to arrest yielded $1,270 in Romero's pocket, an additional $37 was found inside of Romero's wallet. A search incident to arrest of Figueroa-Juarez yielded a small bag of a green leafy substance consistent with Marijuana. The Marijuana was tested using a NIK test kit and tested positive for THC. A total of .01 pounds of marijuana was seized. The marijuana was transported, processed and stored at the Casa Grande Border Patrol Station and held for DEA to be picked up at a later date.

6. On November 8, 2016, Border Patrol Agent (BPA) Victor Trinidad, as witnessed by BPA Ricardo Renteria, conducted a custodial interview on Vicente Romero. Romero was read his Miranda rights as per form I-214, Romero stated that he understood his rights and was willing to answer Agent Romero's questions without having a lawyer present.

7. Romero stated that he was apprehended because he had picked up eight people who are illegally in the United States of America (USA). Romero stated that he is fully aware that furthering people into the country who are illegally in the USA is against the law. Romero stated that he gets paid anywhere from $150.00 USD to $250.00 USD per person that he picks up and takes to Phoenix, AZ. Romero stated that he had picked up people three times prior to being apprehended by Border Patrol. Romero stated that out of the eight people he picked up, Border Patrol agents only apprehended five subjects. Romero detailed how and where he usually picks up UDAs and where he drops the UDAs off in Phoenix.

8. On November 8, 2016 at 2:36 am Sanchez-Sanchez, Ulices was advised of his consular rights by Border Patrol Agent Jesus Rosales as witnessed by Border Patrol Ricardo Renteria SANCHEZ understood his rights, decline a consulate call.

9. Sanchez stated that he is from Chiapas, Mexico and his intentions were to cross into the United States to find a job. Sanchez stated that this is the second time he has crossed the International Border Fence (IBF), and that the first time he attempted to cross was near Tijuana, Baja California/San Diego, California but he was apprehended

4

in the process. Sanchez stated that on this occasion, he crossed the IBF near Altar, Sonora, Mexico and that he did not used a human smuggler. He also stated that he crossed near the city and by himself. Sanchez stated that he heard by word of mouth that if he crosses the IBF in a straight line he would make it to Tucson, Arizona. He stated that he crossed the IBF eighteen days ago, he further stated that he was carrying a large backpack full of food that weighted approximately thirty kilograms. The backpack lasted him eleven days, after he ran out of food he kept on walking in a straight line north drinking only water.

10. Sanchez stated that he came across a group of people that had been waiting to be picked up for approximately five days. When the vehicle arrived to pick up the people Sanchez left with the group by climbing in the back of the vehicle. Sanchez stated that he never talked to the driver of the vehicle, and that no one told him to get on the vehicle. Sanchez stated that he just reacted and followed the rest of the subjects into the vehicle. Sanchez stated that he jumped out of the vehicle when it was pulled over by Border Patrol. Sanchez added that he recognizes Border Patrol and that he did not wanted to be detained, so he intended to avoid apprehension.

11. Sanchez crossed in an area that is commonly used by drug smuggling organizations. Drug mules are known to cross the IBF carrying large backpacks of marijuana in lieu of passage. The interviewing Agents believe that Sanchez was very evasive and untruthful in his statements. Sanchez reaffirmed that he crossed by himself and that by the grace of God he was able to survive through the desert.

12. The remainder of the UDAs that were apprehended were all asked if they would be willing to answer questions pertaining to this event, all declined to answer any questions. Several of the UDAs initially gave false names to arresting Agents, the UDAs true names were later identified through fingerprint analysis.

13. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about November 8, 2016, at or near Maricopa, Arizona in the County of Pinal, in the District of Arizona, Trinidad Espinoza-Valdez, knowingly and with reckless disregard of the fact that certain aliens, Sebastian Zuluaga-Patricio, Ulices Sanchez-Sanchez, Alfonso Ramirez-Juarez, Jose Luis Garcia-Lopez, and Rodolfo Verdugo-Palacios, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

_____
Signature of Complainant
Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to and subscribed before me this 9th day of November, 2016.

_____
Signature of Judicial Officer
Honorable John Z. Boyle
United States Magistrate Judge